**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6831**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUAN FRANCISCO SORTO,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:96-cr-00251-JCC-2)

_____

Submitted: July 22, 2008          Decided: July 28, 2008

_____

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Juan Francisco Sorto, Appellant Pro Se. Jonathan Leo Fahey, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Francisco Sorto appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2)(2000). We have reviewed the record and find no reversible error. Accordingly, we deny Sorto's motion for appointment of counsel and affirm for the reasons stated by the district court. See United States v. Sorto, No. 1:96-cr-00251-JCC-2 (E.D. Va. May 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED